# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# EL PASO DIVISION

| | |
|---|---|
| MIGUEL ANDRIAN CASTILLO, § § § *Petitioner*, § § v. § § MARY DE ANDA-YBARRA, FIELD § OFFICE DIRECTOR OF § ENFORCEMENT AND REMOVAL § OPERATIONS, EL PASO OFFICE, § IMMIGRATION AND CUSTOMS § ENFORCEMENT;  WARDEN OF THE § ERO EL PASO EAST MONTANA; § TODD M. LYONS, IN HIS OFFICIAL § CAPACITY AS ACTING DIRECTOR, § IMMIGRATION AND CUSTOMS § ENFORCEMENT; SEC. OF DHS § KRISTI NOEM, IN HER OFFICIAL § CAPACITY AS SECRETARY, U.S. § DEPARTMENT OF HOMELAND § SECURITY; and PAMELA JO BONDI, § IN HER OFFICIAL CAPACITY AS § ATTORNEY GENERAL OF THE § UNITED STATES, § § *Respondents*. § | No.  3:26-CV-00034-LS |

## ORDER DISMISSING CASE

Upon consideration of Petitioner's Voluntary Dismissal,[1] the Court dismisses this action without prejudice.

**SO ORDERED**.

---

[1] ECF No. 3.

**SIGNED** and **ENTERED** on January 20, 2026.

_____
**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**